Arthur K. Cunningham (SBN 97506)
Jackson Lewis P.C.
3390 University Avenue, Suite 110
Riverside, CA 92501
Telephone: (951) 848-7940

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHAGAT THIND,<br><br>Plaintiff(s)<br><br>v.<br><br>UNITED STATES GENERAL SERVICES<br>ADMINISTRATION, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-00976-JAK-AGR<br><br><br>**MEDIATION REPORT** |

_**Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.**_

1.  ☑ A mediation was held on (date):  October 26, 2023                          .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by L.R. 16-15.5(b).

    ☐ Did not appear as required by L.R. 16-15.5(b).

    ☐ Plaintiff or plaintiff's representative failed to appear.
    ☐ Defendant or defendant's representative failed to appear.
    ☐ Other:

3.  Did the case settle?

    ☑ Yes, fully, on October 26, 2023                    (date).
    ☐ Yes, partially, and further facilitated discussions are expected. _(See No. 4 below.)_
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. _(See No. 4 below.)_
    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?


Dated: November 3, 2023                          

                                                 /s/ Arthur K. Cunningham
                                                 Signature of Mediator

                                                 Arthur K. Cunningham
                                                 Name of Mediator (print)

_The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."_