E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
WEI KIT TAI (Cal. Bar No. 350655)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-3579
     Facsimile: (213) 894-7819
     E-mail: Wei.Tai@usdoj.gov

Attorneys for Defendant
United States of America

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BHAGAT THIND,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES; FAIR TITLING TRUST, a statutory trust; FAIR MOBILITY SERVICES, LLC, a limited liability company; and MIGUEL ANGEL PEREZ, JR.,<br><br>        Defendants. | No. 2:22-cv-00976-JAK-AGR<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE PENDING DATES**<br><br>Honorable John A. Kronstadt<br>United States District Judge |

# NOTICE OF SETTLEMENT

Notice is hereby given that plaintiff Bhagat Thind and defendants the United States of America; Fair Titling Trust, a statutory trust; Fair Mobility Services, LLC, a limited liability company; and Miguel Angel Perez, Jr. (collectively, the "parties") have agreed in principle to settle this action, case no. 2:22-cv-00976-JAK-AGR. The parties anticipate that their settlement will shortly be reduced to a written agreement, and that a dismissal will be timely filed thereafter. In the meantime, the parties request that pending dates in the case be vacated.

Dated: November 9, 2023         Respectfully submitted,

                                                                                             S. EDMOND EL DABE
                                                                                             CHRISTOPHER K DICKSON
                                                                                             ELDABE | RITTER TRIAL LAWYERS

                                                                                             */s/ Christopher K Dickson*
                                                                                             Christopher K Dickson
                                                                                             Attorneys for Plaintiff
                                                                                             Bhagat Thind

Dated: November 9, 2023         RASHTIAN LAW GROUP, APC

                                                                                            */s/ Rick Nehora*
                                                                                             Rick Nehora
                                                                                             Attorney for Defendants
                                                                                             Fair Titling Trust, Fair Mobility Services, LLC and Miguel Angel Perez, Jr.

| | |
|---|---|
| Dated: November 9, 2023 | E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section<br><br>_/s/ Wei Kit Tai_<br>Wei Kit Tai<br>Assistant United States Attorney<br>Attorneys for Defendant<br>The United States of America |

\* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.
filing.