1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| BHAGAT THIND, | No. 2:22-cv-00976-JAK (AGRx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL (DKT. 81)** |
| v. | |
| UNITED STATES; FAIR TITLING TRUST, a statutory trust; FAIR MOBILITY SERVICES, LLC, a limited liability company; AND MIGUEL ANGEL PEREZ, JR., | **JS-6** |
| Defendants. | |

Based on a review of the Stipulation for Dismissal (the "Stipulation" (Dkt. 81)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

The above-entitled action is dismissed with prejudice. Each party is to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: January 29, 2024

_____
John A. Kronstadt
United States District Judge